**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| THE ESTATE OF RUDOLPH ISLEY, | | |
| | Plaintiff, | Case No. 1:23-cv-01720 |
| v. | | |
| RONALD ISLEY, | | STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |
| | Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action is hereby dismissed with prejudice and with each party bearing its own costs and attorneys' fees.  This Stipulation may be executed in counterparts.  Facsimile copies of signatures shall be deemed valid and binding to the same extent as original signatures.

Dated: August 12, 2026

By: /s/ Brian D. Caplan
Brian D. Caplan
*Admitted Pro Hac Vice*
N.Y. Bar #2003184
**REITLER KAILAS & ROSENBLATT, LLP**
885 Third Avenue
New York New York 10022
Telephone: (212) 209-3050
bcaplan@reitlerlaw.com

Steven P. Mandell
ARDC #6183729
**MANDELL MENKES LLC**
333 W. Wacker Drive, Suite 450
Chicago, IL 60606
Telephone: (312) 251-1000
smandell@mandellmenkes.com

*Counsel for Plaintiff*
*The Estate of Rudolph Isley*

By:_____
Jeffrey M. Movit
Federal Bar #4239778
**COHEN & GRESSER LLP**
800 Third Avenue
New York, NY 10022
Phone: (212) 957-7600
Fax: (212) 957-4514
jmovit@cohengresser.com

*Counsel for Defendant Ronald Isley*

2